CHARLES H. ADDINGTON, as Trustee of the MARVEL OIL BURNER COMPANY, INC., a Bankrupt, Respondent, *v.* FORSYTH METAL GOODS COMPANY, Appellant.

(Submitted December 11, 1922; decided December 15, 1922.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 234 N. Y. 93.)